UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-cr-18 |
| | ) | (PHILLIPS/GUYTON) |
| DANIEL EDWARD LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton. [Doc. 27.] There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that the Defendant's Motion to Suppress as Evidence the Contents of a Box Seized and Searched on February 7, 2012 [Doc. 15] and the Motion to Suppress All Evidence Obtained as a Result of the Search of the Defendant's Residence and a Black 2003 Nissan Sentra on February 3, 2012 [Doc. 16] be **DENIED**.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge

1